IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY R. BLACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered GRANTING, in part, Plaintiff's Motion for Summary Judgment, DENYING the Commissioner's Motion for Summary Judgment, and REMANDING this case to the Commissioner for further proceedings [ECF No. 17]. This *Report* was filed on September 30, 2013, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**, the Commissioner's Motion for Summary Judgment is **DENIED**, the case is **REMANDED** to the Commissioner for further proceedings, and the Clerk is directed to **DISMISS** this case from the docket.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Crigler.

ENTERED this 22nd day of October, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE